```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

ARTHUR HOLT,                          :

    Plaintiff,                        :

vs.                                   :  CIVIL ACTION 11-0704-KD-M

LEON DAILEY, CYNTHIA WHITE,           :

    Defendants.
```

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, it is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

DONE this 6th day of November, 2012.

```
                        s/ Kristi K. DuBose
                        KRISTI K. DuBOSE
                        UNITED STATES DISTRICT JUDGE
```